# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

NO.  2022 CW 0905

VERSUS

TEXAS BRINE COMPANY, LLC

**OCTOBER 25, 2022**

---

In Re:    Texas  Brine  Company,  LLC,  applying  for  supervisory
          writs,  23rd  Judicial  District  Court,  Parish  of
          Assumption, No. 34316.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **GH**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
     DEPUTY CLERK OF COURT
        FOR THE COURT